# Duane Morris®

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY

*FIRM and AFFILIATE OFFICES*

ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE OF DUANE MORRIS*

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO
SRI LANKA
ALLIANCE WITH
GOWERS INTERNATIONAL

DAVID T. MCTAGGART
DIRECT DIAL: +1 212 471 1814
PERSONAL FAX: +1 212 202 4931
*E-MAIL:* dtmctaggart@duanemorris.com

*www.duanemorris.com*

June 8, 2020

**BY ECF**

Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/2020
```

Re:   *Wilmington Trust, National Association v. Achenbaum et ano.*
      Case No. 1:20-cv-03678-MKV

Dear Judge Vyskocil:

On behalf of the plaintiff in the above entitled interpleader action, we write pursuant to Section 21.7(b) of this Court's Electronic Case Filing Rules & Instructions and Rule 9.A of Your Honor's Individual Motion Practices and Rules to request the entry of an order permanently sealing Docket Entry 1-3, which erroneously was filed without the necessary redactions for private taxpayer-identification information as required by FRCP 5.2(a). Consistent with the foregoing Rules, we have notified the ECF Help Desk and intend to submit a redacted version of the same document shortly. We appreciate Your Honor's attention to this matter.

Respectfully submitted,

/s David T. McTaggart

DTM:hs

> Motion is GRANTED. The Clerk of the Court is respectfully requested to seal the document at ECF No. 1-3. SO ORDERED.
>
> Date: 6/11/2020
> New York, New York
>
> *Mary Kay Vyskocil*
> Mary Kay Vyskocil
> United States District Judge

DUANE MORRIS LLP
1540 BROADWAY    NEW YORK, NY 10036-4086                    PHONE: +1 212 692 1000    FAX: +1 212 692 1020
DM3\6864486.1 R3242/00006